

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00060-CV**

**IN RE JANA BOOTH**

_____

**Original Proceeding**

_____

**MEMORANDUM  OPINION**

_____

Relator's motion to dismiss her petition for writ of mandamus as moot is granted.

The stay of proceedings in the trial court is vacated.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition dismissed as moot
Opinion delivered and filed May 26, 2016
[OT06]

